# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 13-60253
Summary Calendar
_____

BIA Docket No. A200 723 795

United States Court of Appeals
Fifth Circuit
**FILED**
March 5, 2014
Lyle W. Cayce
Clerk

NOEL REYES MATA, also known as Alberto Reyes Reyes,

      Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

      Respondent

Petitions for Review of an Order of the
Board of Immigration Appeals

Before BARKSDALE, HAYNES, and HIGGINSON, Circuit Judges.

J U D G M E N T

      This cause was considered on the petition of Noel Reyes Mata, also known as Alberto Reyes Reyes, for review of an order of the Board of Immigration Appeals and the briefs on file.

      It is ordered and adjudged that the decision of the Board of Immigration Appeals is affirmed in part and dismissed in part for lack of jurisdiction.

      IT IS FURTHER ORDERED that petitioner pay to respondent the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

**A True Copy**
**Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By:** _____
               **Deputy**

**New Orleans, Louisiana**