# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 13-60253
_____

NOEL REYES MATA, also known as Alberto Reyes Reyes,

      Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

      Respondent

_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

To: Mr. Raed Gonzalez,

## NOTICE AND ORDER TO SHOW CAUSE

      You are directed to show cause in writing within 5 days why we should not impose disciplinary action against you for failing to provide paper copies of your petition for rehearing en banc within 5 days of the Court's request as required by 5TH CIR. R. 25.2.1 and 5th Cir. ECF Filing Standard E.1. If you remedy the default, the clerk's office will take no further action. However, if the default is not remedied, the clerk will refer the matter to the court for disciplinary action.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

cc:
    Ms. Tangerlia Cox
    Mr. Paul Fiorino
    Ms. Remi da Rocha-Afodu